Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Barbara A Galati**
  Debtor(s)

Bankruptcy Case No.: 18−20223−JAD

Chapter: 13
Docket No.: 46 − 45

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 24th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/17/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/17/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20223-JAD |
| Barbara A Galati | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 24, 2023 | Form ID: 408 | Total Noticed: 89 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Galati, 45 McMurray Road, Pittsburgh, PA 15241-1649 |
| cr | + | Township of Reserve, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14762000 | | AHN Emergency Group of Pittsburgh, Ltd., 4535 Dressler Rd. NW, Canton, OH 44718-2545 |
| 14762001 | | Allegheny County Treasurer, 436 Grant Street, Room 109 Courthouse, Pittsburgh, PA 15219-2497 |
| 14762002 | + | Allegheny General Anesthesia, PO Box 951915, Cleveland, OH 44193-0021 |
| 14762003 | + | Allegheny General Hospital, 320 E. North Avenue, Pittsburgh, PA 15212-4772 |
| 14762004 | + | Allegheny General Hospital Surgery, 320 E. North Avenue, Pittsburgh, PA 15212-4772 |
| 14762005 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14762006 | + | Allegheny Health Network Home Infusion, 311 23rd St. Ext., Suite 500, Sharpsburg, PA 15215-2821 |
| 14762007 | + | Allegheny Imaging of McCandless, LLC, PO Box 1198, Somerset, PA 15501-0336 |
| 14762008 | + | Allegheny Neurological Associates, 490 E North Ave Ste 500, Pittsburgh, PA 15212-4765 |
| 14762010 | + | Allegheny Pulmonary and Critical Care, 490 E North Ave, Pittsburgh, PA 15212-4740 |
| 14762027 | + | EMP Of Alle-kiski, Ltd, 1301 Carlisle St, Natrona Heights, PA 15065-1152 |
| 14771667 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14762031 | + | Frederic I. Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14762032 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 14762033 | + | Healthsouth Harmarville, 320 Guys Run Road, Pittsburgh, PA 15238-1375 |
| 14762034 | + | Heartland Home Health and Hospice, Dept L 1801, Columbus, OH 43260-0001 |
| 14762035 | + | Heartland Home Hleath and Hospice, Dept L 1801, Columbus, OH 43260-0001 |
| 14762039 | + | Koman & Kimmell Family Med, 8150 Perry Highway, Suite 101, Pittsburgh, PA 15237-5232 |
| 14762051 | | PNC Bank, 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222 |
| 14762048 | + | Peoples Natural Gas, PO Box 9037, Addison, TX 75001-9037 |
| 14762052 | | Portfolio Recovery, 120 Corporate Blvd., Ste 200, San Diego, CA 92123 |
| 14762055 | | Republic Services, 73 W Noblestown Rd., Carnegie, PA 15106-1668 |
| 14762056 | + | Reserve Township, 33 Lonsdale Street, Pittsburgh, PA 15212-1396 |
| 14762057 | + | Reserve Township Water Department, 33 Lonsdale Street, Pittsburgh, PA 15212-1396 |
| 14762058 | | Rostraver West Newton Emergency Services, P.O. Box 603, Homestead, PA 15120 |
| 14762059 | + | Shaler Area School District, c/o Pa Municipal Service Co., 336 Delaware Ave, Dept L, Oakmont, PA 15139-2138 |
| 14788896 | + | Township of Reserve, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14762070 | | Tri-State Orthopaedics & Sports Medicine, 5900 Corporate Drive, Pittsburgh, PA 15237-7005 |
| 14859975 | + | TriState Orthopaedics & Sports Medicine, 5900 Corporate Drive Ste. 200, Pittsburgh, PA 15237-7005 |
| 14762072 | | United Telemanagement Corp., Billing Department, PO Box 145465, Cincinnati, OH 45250-5465 |
| 14762073 | + | William Silbach, 1023 Garden Place, Glenshaw, PA 15116-2244 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | | |

Case 18-20223-JAD    Doc 47    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 408 | Total Noticed: 89 |

| Recipient ID | | Notice Method/Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 25 2023 00:18:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14762009 | + | Email/Text: jsallpod@hotmail.com | Feb 25 2023 00:19:00 | Allegheny Podiatry, 640 Rodi Road, Pittsburgh, PA 15235-4512 |
| 14762011 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:17:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14802992 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 25 2023 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14762012 | ^ | MEBN | Feb 25 2023 00:11:01 | Bay Area Credit Service, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 14762013 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Calvary Portfolio Services, PO Box 27288, Tempe, AZ 85285-7288 |
| 14762014 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14762015 | + | Email/Text: cms-bk@cms-collect.com | Feb 25 2023 00:18:00 | Capital Management Services, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14778340 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14763978 | + | Email/Text: bankruptcy@cavps.com | Feb 25 2023 00:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14762017 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:28 | Citibank, N.A./Best Buy Credit Card, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14762018 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:16 | Citibank, N.A./Sears, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14762019 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:30:59 | Citibank, N.A./Sears Mastercard, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14762021 | | Email/Text: documentfiling@lciinc.com | Feb 25 2023 00:17:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14762022 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14788894 | + | Email/Text: ebnjts@grblaw.com | Feb 25 2023 00:18:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14762023 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 25 2023 00:19:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14762024 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 25 2023 00:19:00 | Credit Managment Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14762025 | ^ | MEBN | Feb 25 2023 00:10:37 | D & A Services, 1400 E. Touhy Ave, Ste. G2, Des Plaines, IL 60018-3338 |
| 14774968 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:28 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14762041 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:27 | Macy's/Department Stores National Bank, PO Box 9001094, Louisville, KY 40290-1094 |
| 14983489 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14762026 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light, ATTN: Bankruptcy, 411 Seventh Avenue (16-1), Pittsburgh, PA 15219-1942 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14798694 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 25 2023 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14762028 | + | Email/Text: bankruptcy@erieinsurance.com | Feb 25 2023 00:19:00 | Erie Insurance, 100 Erie Insurance Group, Erie, PA 16530-9000 |
| 14762029 | | Email/Text: data_processing@fin-rec.com | Feb 25 2023 00:18:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 14762030 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 25 2023 00:18:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 14771666 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 25 2023 00:18:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14762036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:20:39 | Home Depot/Citibank N.A., P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14762038 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2023 00:17:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14762040 | + | Email/Text: bnc-capio@quantum3group.com | Feb 25 2023 00:18:00 | Law Offices of Mitchell D. Bluhm, & Associates, LLC, 3400 Texacoma Parkway, Ste. 100, Sherman, TX 75090-1916 |
| 14766787 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14762042 | | Email/Text: bankruptcy@mermed.com | Feb 25 2023 00:18:00 | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14762044 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | Midland Credit Management, Inc., P.O. Box 13105, Roanoke, VA 24031-3105 |
| 14762043 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14762045 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14762050 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 14762049 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 14802207 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2023 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14762053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:40 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14762629 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14792395 | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14795832 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14795833 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14762054 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 25 2023 00:19:00 | Quest Diagnostic, PO Box 7302, Hollister, MO 65673-7302 |
| 14762061 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:22 | Synchrony Bank/ Sam's Club DC, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762062 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:10 | Synchrony Bank/Levin Furniture, P.O. Box 96061, Orlando, FL 32896-0061 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14762063 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:11 | Synchrony Bank/Lowes, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762064 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:23 | Synchrony Bank/Sam's Club, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762065 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:11 | Synchrony Bank/Walmart, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762066 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:11 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14762067 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2023 00:19:00 | Transworld Sysems Inc., 9525 Sweet Valley Drive, Building A, Cleveland, OH 44125-4237 |
| 14762068 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2023 00:19:00 | Transworld Sysems Inc., 9525 Sweet Valley Drive, Building A, Valley View, Cleveland, OH 44125-4237 |
| 14762069 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2023 00:19:00 | Transworld Systems Inc., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 14762071 | + | Email/Text: BAN5620@UCBINC.COM | Feb 25 2023 00:18:00 | United Collection Bureau, Inc., 5620 Southwick Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 56

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny Health Network Healthcare @ Home |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14762020 | | Collction Service Center, 363 Vanadium Road, Ste. 109, NY 13446 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14762046 | *+ | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14784386 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14774933 | ##+ | Allegheny Health Network Healthcare @ Home, c/o Celtic Healthcare, 150 Scharberry Lane, Mars, PA 16046-2430 |
| 14762016 | ##+ | Celtic Healthcare of Westmoreland, 150 Scharberry Lane, Mars, PA 16046-2430 |
| 14762037 | ##+ | Klingensmith Healthcare Inc., 125 51st St, Pittsburgh, PA 15201-2709 |
| 14762047 | ## | Parkview Vol Fire Dept, 926 Locust St., c/o Medical Billing Group, Coraopolis, PA 15108-1711 |
| 14762060 | ##+ | SRA Associates LLC, 401 Minnetonka Rd., Hi Nella, NJ 08083-2914 |

TOTAL: 3 Undeliverable, 6 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Barbara A Galati cjg@grudowskilaw.com admin@grudowskilaw.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Reserve jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael P. Kruszewski | on behalf of Creditor Allegheny Health Network Healthcare @ Home mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10