IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Barbara A. Galati | : | Bankruptcy No. 18-20223-JAD |
| | | : | |
| | Debtor(s) | : | |
| | | : | Chapter 13 |
| | Barbara A. Galati | : | |
| | Movant(s) | : | |
| | v. | : | |
| | | : | |
| | Ronda J. Winnecour, | : | |
| | Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) have made all payments required by the Chapter 13 Plan.

2. The Debtor(s) are not required to pay any Domestic Support Obligations.

3. The Debtor(s) are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 28, 2023, at docket number 18-20223-JAD, Debtor(s) complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 28, 2023

By:   /s/Charles J. Grudowski
Charles J. Grudowski, Esquire
Counsel for Debtor
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Phone: (412) 904-1940
Email: CJG@GrudowskiLaw.com
Bar I.D. and State of Admission: 91231-PA

**PAWB Local Form 24 (07/13)**