IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/18/23 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BARBARA A GALATI

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20223 JAD

Chapter 13

Related to ECF No. 45

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 18th day of April, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                        Case No. 18-20223-JAD

Barbara A Galati                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                                Page 1 of 5
Date Rcvd: Apr 18, 2023                Form ID: pdf900                                    Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A Galati, 45 McMurray Road, Pittsburgh, PA 15241-1649 |
| cr | + | Township of Reserve, Goehring, Rutter & Boehm, 437 Grant Street, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6002 |
| 14762000 | | AHN Emergency Group of Pittsburgh, Ltd., 4535 Dressler Rd. NW, Canton, OH 44718-2545 |
| 14762001 | | Allegheny County Treasurer, 436 Grant Street, Room 109 Courthouse, Pittsburgh, PA 15219-2497 |
| 14762002 | + | Allegheny General Anesthesia, PO Box 951915, Cleveland, OH 44193-0021 |
| 14762003 | + | Allegheny General Hospital, 320 E. North Avenue, Pittsburgh, PA 15212-4772 |
| 14762004 | + | Allegheny General Hospital Surgery, 320 E. North Avenue, Pittsburgh, PA 15212-4772 |
| 14762005 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14762006 | + | Allegheny Health Network Home Infusion, 311 23rd St. Ext., Suite 500, Sharpsburg, PA 15215-2821 |
| 14762007 | + | Allegheny Imaging of McCandless, LLC, PO Box 1198, Somerset, PA 15501-0336 |
| 14762008 | + | Allegheny Neurological Associates, 490 E North Ave Ste 500, Pittsburgh, PA 15212-4765 |
| 14762010 | + | Allegheny Pulmonary and Critical Care, 490 E North Ave, Pittsburgh, PA 15212-4740 |
| 14762027 | + | EMP Of Alle-kiski, Ltd, 1301 Carlisle St, Natrona Heights, PA 15065-1152 |
| 14771667 | | First National Bank of Pennsylvania, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14762031 | + | Frederic I. Weinberg, Esq., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14762032 | | Genesis Medical Associates, Inc., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237-5232 |
| 14762033 | + | Healthsouth Harmarville, 320 Guys Run Road, Pittsburgh, PA 15238-1375 |
| 14762034 | + | Heartland Home Health and Hospice, Dept L 1801, Columbus, OH 43260-0001 |
| 14762035 | + | Heartland Home Hleath and Hospice, Dept L 1801, Columbus, OH 43260-0001 |
| 14762039 | + | Koman & Kimmell Family Med, 8150 Perry Highway, Suite 101, Pittsburgh, PA 15237-5232 |
| 14762051 | | PNC Bank, 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222 |
| 14762048 | + | Peoples Natural Gas, PO Box 9037, Addison, TX 75001-9037 |
| 14762052 | | Portfolio Recovery, 120 Corporate Blvd., Ste 200, San Diego, CA 92123 |
| 14762055 | | Republic Services, 73 W Noblestown Rd., Carnegie, PA 15106-1668 |
| 14762056 | + | Reserve Township, 33 Lonsdale Street, Pittsburgh, PA 15212-1396 |
| 14762057 | + | Reserve Township Water Department, 33 Lonsdale Street, Pittsburgh, PA 15212-1396 |
| 14762058 | | Rostraver West Newton Emergency Services, P.O. Box 603, Homestead, PA 15120 |
| 14762059 | + | Shaler Area School District, c/o Pa Municipal Service Co., 336 Delaware Ave, Dept L, Oakmont, PA 15139-2138 |
| 14788896 | + | Township of Reserve, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14762070 | | Tri-State Orthopaedics & Sports Medicine, 5900 Corporate Drive, Pittsburgh, PA 15237-7005 |
| 14859975 | + | TriState Orthopaedics & Sports Medicine, 5900 Corporate Drive Ste. 200, Pittsburgh, PA 15237-7005 |
| 14762072 | | United Telemanagement Corp., Billing Department, PO Box 145465, Cincinnati, OH 45250-5465 |
| 14762073 | + | William Silbach, 1023 Garden Place, Glenshaw, PA 15116-2244 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | | |

Case 18-20223-JAD    Doc 54    Filed 04/20/23    Entered 04/21/23 00:28:57    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 89 |

| | | | |
|---|---|---|---|
| | | Apr 18 2023 23:30:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| 14762009 | + Email/Text: jsallpod@hotmail.com | Apr 18 2023 23:30:00 | Allegheny Podiatry, 640 Rodi Road, Pittsburgh, PA 15235-4512 |
| 14762011 | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2023 23:30:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 14802992 | + Email/Text: mortgagebkcorrespondence@bofa.com | Apr 18 2023 23:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14762012 | ^ MEBN | Apr 18 2023 23:28:49 | Bay Area Credit Service, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 14762013 | + Email/Text: bankruptcy@cavps.com | Apr 18 2023 23:30:00 | Calvary Portfolio Services, PO Box 27288, Tempe, AZ 85285-7288 |
| 14762014 | + Email/Text: bankruptcy@cavps.com | Apr 18 2023 23:30:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14762015 | + Email/Text: cms-bk@cms-collect.com | Apr 18 2023 23:30:00 | Capital Management Services, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14778340 | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14763978 | + Email/Text: bankruptcy@cavps.com | Apr 18 2023 23:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14762017 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:08 | Citibank, N.A./Best Buy Credit Card, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14762018 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:37 | Citibank, N.A./Sears, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14762019 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:08 | Citibank, N.A./Sears Mastercard, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 14762021 | Email/Text: documentfiling@lciinc.com | Apr 18 2023 23:30:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14762022 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2023 23:30:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14788894 | + Email/Text: ebnjts@grblaw.com | Apr 18 2023 23:30:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14762023 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 18 2023 23:30:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14762024 | + Email/Text: bdsupport@creditmanagementcompany.com | Apr 18 2023 23:30:00 | Credit Managment Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14762025 | ^ MEBN | Apr 18 2023 23:28:07 | D & A Services, 1400 E. Touhy Ave, Ste. G2, Des Plaines, IL 60018-3338 |
| 14774968 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:37 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14762041 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:24 | Macy's/Department Stores National Bank, PO Box 9001094, Louisville, KY 40290-1094 |
| 14983489 | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14762026 | + Email/Text: kburkley@bernsteinlaw.com | Apr 18 2023 23:30:00 | Duquesne Light, ATTN: Bankruptcy, 411 Seventh Avenue (16-1), Pittsburgh, PA 15219-1942 |

Case 18-20223-JAD    Doc 54    Filed 04/20/23    Entered 04/21/23 00:28:57    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 89 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14798694 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 18 2023 23:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14762028 | + | Email/Text: bankruptcy@erieinsurance.com | Apr 18 2023 23:30:00 | Erie Insurance, 100 Erie Insurance Group, Erie, PA 16530-9000 |
| 14762029 | | Email/Text: data_processing@fin-rec.com | Apr 18 2023 23:30:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 14762030 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2023 23:30:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 14771666 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 18 2023 23:30:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14762036 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2023 23:45:08 | Home Depot/Citibank N.A., P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 14762038 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2023 23:30:00 | Kohl's/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14762040 | + | Email/Text: bnc-capio@quantum3group.com | Apr 18 2023 23:30:00 | Law Offices of Mitchell D. Bluhm, & Associates, LLC, 3400 Texacoma Parkway, Ste. 100, Sherman, TX 75090-1916 |
| 14766787 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14762042 | | Email/Text: bankruptcy@mermed.com | Apr 18 2023 23:30:00 | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14762044 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | Midland Credit Management, Inc., P.O. Box 13105, Roanoke, VA 24031-3105 |
| 14762043 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | Midland Credit Management, Inc., 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14762045 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14762050 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 14762049 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, PO Box 856177, Louisville, KY 40285 |
| 14802207 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 18 2023 23:30:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14762053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 23:45:22 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14762629 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 18 2023 23:45:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14792395 | + | Email/Text: ebnpeoples@grblaw.com | Apr 18 2023 23:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14795832 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14795833 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14762054 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 18 2023 23:31:00 | Quest Diagnostic, PO Box 7302, Hollister, MO 65673-7302 |
| 14762061 | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:08 | Synchrony Bank/ Sam's Club DC, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762062 | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:36 | Synchrony Bank/Levin Furniture, P.O. Box 96061, Orlando, FL 32896-0061 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14762063 | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:22 | Synchrony Bank/Lowes, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762064 | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:06 | Synchrony Bank/Sam's Club, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762065 | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:36 | Synchrony Bank/Walmart, P.O. Box 96061, Orlando, FL 32896-0061 |
| 14762066 | | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:36 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14762067 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 18 2023 23:30:00 | Transworld Sysems Inc., 9525 Sweet Valley Drive, Building A, Cleveland, OH 44125-4237 |
| 14762068 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 18 2023 23:30:00 | Transworld Sysems Inc., 9525 Sweet Valley Drive, Building A, Valley View, Cleveland, OH 44125-4237 |
| 14762069 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 18 2023 23:30:00 | Transworld Systems Inc., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 14762071 | + | Email/Text: BAN5620@UCBINC.COM | Apr 18 2023 23:30:00 | United Collection Bureau, Inc., 5620 Southwick Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny Health Network Healthcare @ Home |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 14762020 | | Collction Service Center, 363 Vanadium Road, Ste. 109, NY 13446 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14762046 | *+ | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14784386 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14774933 | ##+ | Allegheny Health Network Healthcare @ Home, c/o Celtic Healthcare, 150 Scharberry Lane, Mars, PA 16046-2430 |
| 14762016 | ##+ | Celtic Healthcare of Westmoreland, 150 Scharberry Lane, Mars, PA 16046-2430 |
| 14762037 | ##+ | Klingensmith Healthcare Inc., 125 51st St, Pittsburgh, PA 15201-2709 |
| 14762047 | ## | Parkview Vol Fire Dept, 926 Locust St., c/o Medical Billing Group, Coraopolis, PA 15108-1711 |
| 14762060 | ##+ | SRA Associates LLC, 401 Minnetonka Rd., Hi Nella, NJ 08083-2914 |

TOTAL: 3 Undeliverable, 6 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2023                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Debtor Barbara A Galati cjg@grudowskilaw.com admin@grudowskilaw.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Reserve jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael P. Kruszewski | on behalf of Creditor Allegheny Health Network Healthcare @ Home mkruszewski@quinnfirm.com slowe@quinnfirm.com;quinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 10