**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re: <br> BARBARA A GALATI <br><br> Debtor(s) | Case No. 18-20223JAD |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/22/2018.

2) The plan was confirmed on 03/19/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/27/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/04/2023.

6) Number of months from filing or conversion to last payment: 59.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $322,414.45.

10) Amount of unsecured claims discharged without full payment: $87,680.02.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $17,700.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,700.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $795.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,595.30

Attorney fees paid and disclosed by debtor: $1,200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AHN EMERGENCY GROUP OF PITTSE | Unsecured | 34.72 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY GENERAL ANESTHESIA | Unsecured | 319.80 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL | Unsecured | 18.75 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK | Unsecured | 2,789.49 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY HEALTH NETWORK- HE | Unsecured | 520.65 | 520.65 | 520.65 | 77.75 | 0.00 |
| ALLEGHENY HEALTH NETWORK HO | Unsecured | 573.45 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY IMAGING OF MCCANDI | Unsecured | 19.65 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY IMAGING OF MCCANDI | Unsecured | 41.11 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY NEUROLOGICAL ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY PODIATRY++ | Unsecured | 12.30 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY PULMONARY ASSOC | Unsecured | 169.85 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 13,748.98 | 13,748.98 | 13,748.98 | 2,053.16 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 314.29 | 314.29 | 314.29 | 46.94 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 12,422.78 | 12,422.78 | 12,422.78 | 1,855.12 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 887.71 | 887.71 | 887.71 | 132.56 | 0.00 |
| COMCAST++ | Unsecured | 248.26 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)* | Secured | 787.16 | 841.47 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 1,361.41 | 1,361.41 | 1,361.41 | 203.30 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | 259.29 | 293.40 | 293.40 | 43.82 | 0.00 |
| EMP OF ALLE KISKI++ | Unsecured | 98.62 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 558.66 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 18,473.00 | 18,546.78 | 0.00 | 0.00 | 0.00 |
| GENESIS MEDICAL ASSOCIATES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HEALTHSOUTH/HARMARVILLE REH/ | Unsecured | 12.56 | NA | NA | 0.00 | 0.00 |
| HEARTLAND HOME HEALTH CARE+ | Unsecured | 332.99 | NA | NA | 0.00 | 0.00 |
| HEARTLAND HOME HEALTH CARE+ | Unsecured | 347.17 | NA | NA | 0.00 | 0.00 |
| KLINGENSMITH HEALTH CARE | Unsecured | 10.50 | NA | NA | 0.00 | 0.00 |
| KOMAN AND KIMMELL FAMILY MED | Unsecured | 202.23 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 647.42 | 647.42 | 647.42 | 96.68 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | Unsecured | 8,162.27 | 8,162.27 | 8,162.27 | 1,218.88 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 4,903.49 | 4,903.49 | 4,903.49 | 732.25 | 0.00 |
| PARKVIEW VOLUNTEER FIRE DEPAR | Unsecured | 769.00 | 769.00 | 769.00 | 114.83 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | 62.13 | 233.92 | 233.92 | 34.93 | 0.00 |
| PNC BANK NA | Unsecured | 2,549.00 | 2,632.58 | 2,632.58 | 393.13 | 0.00 |
| PNC BANK NA | Unsecured | 22,169.61 | 22,169.61 | 22,169.61 | 3,310.63 | 0.00 |
| PNC BANK NA | Secured | 99,992.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,750.86 | 1,750.86 | 1,750.86 | 261.46 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,855.00 | 4,855.40 | 4,855.40 | 725.07 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,760.00 | 6,759.91 | 6,759.91 | 1,009.47 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,477.46 | 1,477.46 | 1,477.46 | 220.63 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 5,918.00 | 5,917.95 | 5,917.95 | 883.74 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - CF N | Unsecured | 1,104.65 | 1,104.65 | 1,104.65 | 164.96 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MON | Unsecured | 3,245.36 | 3,280.36 | 3,280.36 | 489.86 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 110.23 | NA | NA | 0.00 | 0.00 |
| REPUBLIC SERVICES | Unsecured | 47.55 | NA | NA | 0.00 | 0.00 |
| RESERVE TOWNSHIP (RE) | Secured | 310.41 | 836.08 | 0.00 | 0.00 | 0.00 |
| RESERVE TWP WATER DEPT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RESERVE TWP WATER DEPT | Unsecured | 0.00 | 237.91 | 237.91 | 35.53 | 0.00 |
| ROSTRAVER WEST NEWTON EMS++ | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| SHALER AREA SD (RESERVE)(RE) | Secured | 2,009.89 | 5,514.68 | 0.00 | 0.00 | 0.00 |
| TRI STATE ORTHO AND SPORTS MED | Unsecured | 100.00 | 720.82 | 720.82 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$95,172.83** | **$14,104.70** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,595.30 |
| Disbursements to Creditors | $14,104.70 |
| **TOTAL DISBURSEMENTS** : | **$17,700.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/05/2023          By: /s/ Ronda J. Winnecour
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**